DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVE ARONBERG,** as State Attorney of Palm Beach County, Florida,
Appellant,

v.

**CA FLORIDA HOLDINGS, LLC,** Publisher of **THE PALM BEACH POST,**
Appellee.

No. 4D2023-0536

[March 14, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502019CA014681.

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs Scholz & Wyler, LLC, Fernandina Beach, for appellant.

Brigid F. Cech Samole of Greenberg Traurig, P.A., Miami, and Stephen A. Mendelsohn of Greenberg Traurig, Fort Lauderdale, for appellee.

Nina D. Boyajian of Greenberg Traurig, LLP, Los Angeles, California, Pro Hac Vice, for appellee.

Michael J. Grygiel of Greenberg Traurig, LLP, Albany, New York, Pro Hac Vice, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***